Order Filed on
**07/19/2011**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:  Monica Mancebo

Case No.:11-28132

## ORDER OF RECUSAL AND TRANSFER

The relief set forth on the following pages, numbered two (2) is hereby
**ORDERED**.

**DATED: 07/19/2011**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

.......

Page -2-

_____

    It appearing that the within case is assigned to Judge Rosemary Gambardella, and it further appearing that Judge Gambardella must recuse herself;

    IT IS HEREBY ORDERED that the above captioned bankruptcy case and any and all related adversary proceedings be transferred and reassigned to another judge.

*Approved by Judge Rosemary Gambardella  July  19, 2011*